**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BOBBY SHAWN JANOE,<br>[CDC # J25333]<br><br><div align="right">Plaintiff,</div><br>vs.<br><br>DEE STONE, et al.,<br><br><div align="right">Defendants.</div> | CASE NO. 06 CV 1511 JM (CAB)<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE OF COMPLAINT BY UNITED STATES MARSHAL** |

        In its January 16, 2007 order directing the United States Marshal Service to effectuate service of the complaint, the court noted that "the Marshal was able to effect service with respect to Dee Stone at a post office box address." See Docket No. 14 at 1. This was erroneous. Dee Stone was served in care of the California Attorney General at 110 West A Street, Suite 1100, San Diego, CA 92186. See Docket No. 10. The rest of the January 16, 2007 order stands.

        **IT IS SO ORDERED.**

DATED: January 23, 2007

                                                    _____
                                                    Hon. Jeffrey T. Miller
                                                    United States District Judge

cc:     All Parties
        United States Marshal