UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY SHAWN JANOE,<br><br>    Plaintiff,<br><br>    v.<br><br>DEE STONE, et al.,<br><br>    Defendants. | Civil No.   06-CV-1511 JM (CAB)<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT [Doc. No. 37]** |

Plaintiff Bobby Shawn Janoe ("Plaintiff"), a state prisoner proceeding *pro se*, brought this action for civil rights violations under 42 U.S.C. § 1983.  Plaintiff's original complaint was dismissed on 11/15/06, but plaintiff was given leave to file an amended complaint. [Doc. No. 34.] Plaintiff filed the First Amended Complaint ("FAC") on 12/6/07. [Doc. No. 35.] On December 26, 2007, defendants State of California, by and through the California Department of Corrections and Rehabilitation (CDCR), D. Stone, G.J. Janda, and V. Thomas ("Defendants") filed an ex parte request for a 60-day extension of time to respond to the FAC. [Doc. No. 37.]

GOOD CAUSE APPEARING THEREFOR, Defendants' request for an extension of time to respond to the FAC is **GRANTED**.  Defendants shall have up to and including **February 26, 2008**,

/ / / / /

/ / / / /

/ / / / /

/ / / / /

1 within which to respond to the First Amended Complaint.

2 **IT IS SO ORDERED.**

3 DATED: December 26, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge