IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY SHAWN JANOE,**<br><br>Plaintiff,<br><br>**v.**<br><br>**DEE STONE, et al.,**<br><br>Defendants. | 06CV1511-JM (CAB)<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE LATE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS** |

    Defendants have applied for leave to file a late reply to Plaintiff's opposition to their motion to dismiss the First Amended Complaint.  Defendants seek to file their reply two days beyond the time permitted under Local Rule 7.1(e). In the interest of completeness, Defendants are granted leave until **April 1, 2008**, to file a reply to Plaintiff's opposition to their motion to dismiss the First Amended Complaint.

    **IT IS SO ORDERED**.

DATED:  April 1, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

06CV1511

1