IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY SHAWN JANOE,** <br><br> Plaintiff, <br><br> v. <br><br> **DEE STONE, et al.,** <br><br> Defendants. | 06-CV-1511-JM (CAB) <br><br> **ORDER PERMITTING THE DEPOSITION OF BOBBY SHAWN JANOE, AN INCARCERTED INDIVIDUAL** <br><br> [Doc. No. 75.] |

The Court hereby grants Defendant Stone permission to depose Plaintiff Bobby Shawn Janoe, CDCR No. J-25333, an incarcerated individual, upon reasonable notice pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure and in accordance with the rules and regulations of the prison.

IT IS SO ORDERED.

DATED: October 9, 2009

_____
HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE