1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY SHAWN JANOE,<br><br>                                    Plaintiff,<br><br>     vs.<br><br>DEE STONE,<br><br>                                    Defendant. | CASE NO. 06 CV 1511 JM (WVG)<br><br>**ORDER ADOPTING REPORT<br>AND RECOMMENDATIONS**<br><br>Doc. Nos. 89, 99 |

Pending before the court is a Report and Recommendations regarding Defendant's motion to dismiss.  (Doc. Nos. 89, 99).  In his Report and Recommendations, the magistrate judge thoroughly and thoughtfully analyzed the parties' claims and recommended that Defendant's motion for summary judgment be granted.  Neither party filed objections to the Report and Recommendations.

The court finds this matter appropriate for disposition without oral argument.  *See* CivLR 7.1(d)(1).  As the Report and Recommendations fully and properly analyzed the parties' claims, the court hereby ADOPTS the Report and Recommendations in full.  Defendant's motion for summary judgment is GRANTED.  The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

DATED:  August 3, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge

- 1 -                                                                   06cv1511 JM (WVG)