IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY SHAWN JANOE,**<br>Plaintiff,<br>**v.**<br><br>**DEE STONE, et al.,**<br>Defendants. | 06-CV-1511 JM (WVG)<br>**JUDGMENT IN A CIVIL CASE** |

**Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED:** Based on the jury verdict returned on July 26, 2011, the Court awards judgment in favor of Defendant D. Stone, and against Plaintiff Bobby Janoe, who shall take nothing.

Dated: July 28, 2011

JEFFREY T. MILLER
UNITED STATES DISTRICT JUDGE